UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 03-20809-CR-JORDAN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| RICARDO MARTINEZ | ) |
| _____ | ) |

**ORDER**

The defendant's unopposed motion for early termination of supervised release [D.E. 100] is GRANTED.

DONE and ORDERED in chambers in Miami, Florida, this 26th day of August, 2008.

_____
Adalberto Jordan
United States District Judge

Copy to:   All counsel of record
           U. S. Probation